The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JANE TOTTEN,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL OSBERG, JANE DOE OSBERG & the MARITAL COMMUNITY COMPRISED THEREOF; J. DOE WASHINGTON STATE PATROL SUPERVISORY OFFICERS 1-3; J. R. BATISTE WSP,<br><br>    Defendants. | NO. 3:22-cv-05360-JNW<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANTS MICHAEL OSBERG, JANE DOE OSBERG; J. DOE WASHINGTON STATE PATROL SUPERVISORY OFFICERS 1-3; J. R. BATISTE, STATE OF WASHINGTON, AND WASHINGTON STATE PATROL<br><br>**(Clerk's Action Required)**<br>NOTING DATE: 5/25/2023<br>Without Oral Argument |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, JANE TOTTEN, acting by and through JOHN KANNIN, of KANNIN LAW FIRM, P.S., and the Defendants, MICHAEL OSBERG, individually and in his official capacity as a Washington State Trooper; JANE DOE OSBERG; J. DOE WASHINGTON STATE PATROL SUPERVISORY OFFICERS 1-3; AND J. R. BATISTE, individually and in his official capacity as Chief of the Washington State Patrol, the STATE OF WASHINGTON, and the WASHINGTON STATE

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANTS MICHAEL OSBERG, JANE DOE OSBERG; J. DOE WASHINGTON STATE PATROL SUPERVISORY OFFICERS 1-3; J. R. BATISTE, STATE OF WASHINGTON, AND WASHINGTON STATE PATROL
-- NO. 3:22-cv-05360-JNW

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

PATROL, acting by and through ROBERT W. FERGUSON, Attorney General, and DEBRA LEFING, Assistant Attorney General, that the above-entitled action as to Defendants, MICHAEL OSBERG, individually and in his official capacity as a Washington State Trooper; JANE DOE OSBERG; J. DOE WASHINGTON STATE PATROL SUPERVISORY OFFICERS 1-3; J. R. BATISTE, individually and in his official capacity as Chief of the Washington State Patrol, the STATE OF WASHINGTON, and the WASHINGTON STATE PATROL, may be dismissed with prejudice and without costs, this matter having been fully settled and compromised between the Plaintiff and all Defendants.

DATED this 22nd day of May, 2023.

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | KANNIN LAW FIRM, P.S. |
| *s/ Debra Lefing* | *s/John Kannin* |
| DEBRA LEFING, WSBA No. 53344<br>OID # 91023<br>Assistant Attorney General<br>7141 Cleanwater Drive SW<br>P.O. Box 40126<br>Olympia, WA 98504<br>(360) 586-6300<br>Debra.Lefing@atg.wa.gov<br>Attorney for Defendants | JOHN KANNIN, WSBA No. 27315<br>119 SW 152nd Street<br>Burien, WA 98166<br>(206) 574-0202<br>john@kanninlaw.com<br>Attorney for Plaintiff |

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANTS MICHAEL OSBERG, JANE DOE OSBERG; J. DOE WASHINGTON STATE PATROL SUPERVISORY OFFICERS 1-3; J. R. BATISTE, STATE OF WASHINGTON, AND WASHINGTON STATE PATROL -- NO. 3:22-cv-05360-JNW

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

# ORDER

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED That Defendants MICHAEL OSBERG, individually and in his official capacity a Washington State Trooper; JANE DOE OSBERG; J. DOE WASHINGTON STATE PATROL SUPERVISORY OFFICERS 1-3; J. R. BATISTE, individually and in his official capacity as Chief of the Washington State Patrol, the STATE OF WASHINGTON, and the WASHINGTON STATE PATROL, shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

DATED this 7th day of August, 2023.

_____
U.S. District Judge Jamal N Whitehead

| Presented by: | Approved as to Form and Notice of Presentation Waived: |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | KANNIN LAW FIRM, P.S. |
| *s/ Debra Lefing*<br>_____<br>DEBRA LEFING, WSBA No. 53344<br>OID # 91023<br>Assistant Attorney General<br>7141 Cleanwater Drive SW<br>P.O. Box 40126<br>Olympia, WA 98504<br>(360) 586-6300<br>Debra.Lefing@atg.wa.gov<br>Attorney for Defendants | *s/John Kannin*<br>_____<br>JOHN KANNIN, WSBA No. 27315<br>119 SW 152nd Street<br>Burien, WA 98166<br>(206) 574-0202<br>john@kanninlaw.com<br>Attorney for Plaintiff |

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANTS MICHAEL OSBERG, JANE DOE OSBERG; J. DOE WASHINGTON STATE PATROL SUPERVISORY OFFICERS 1-3; J. R. BATISTE, STATE OF WASHINGTON, AND WASHINGTON STATE PATROL
-- NO. 3:22-cv-05360-JNW

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300